1   WALLACE M. TICE, ESQ. (SBN 88177)
    LARA S. HILLEY, ESQ. (SBN 197419)
2   LYNCH, GILARDI & GRUMMER
    475 Sansome Street, Suite 1800
3   San Francisco, CA  94111
    Telephone:     (415) 397-2800
4   Facsimile:     (415) 397-0937

5   Attorneys for Plaintiff
    MICHELLE REESE

6

7                       UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10  MICHELLE REESE,                         Case No.:  2:05-CV-02055-MCE-JFM

11          Plaintiff(s),

12      vs.                                 **ORDER GRANTING PARTIES'
                                            STIPULATION AND PROTECTIVE
13  DORADO SOFTWARE, INC.; TIM              ORDER CONCERNING
    SEBRING; AND DOES 1-100 INCLUSIVE,      CONFIDENTIAL DOCUMENTS**
14

15          Defendant(s).                   Date Filed in State Court:        08/05/05
                                            Date Removed from State Court: 10/11/05
16                                          Trial Date:                       08/15/07

17       The Stipulation and Protective Order signed by the parties in regard to documents

18  produced by SBC and attached hereto as **Exhibit A** is GRANTED.

19       IT IS SO ORDERED.

20  DATED:  September 29, 2006

21                                          _____
                                            MORRISON C. ENGLAND, JR
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                        1
    ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING
    CONFIDENTIAL DOCUMENTS