WALLACE M. TICE, ESQ. (SBN 88177)
LARA S. HILLEY, ESQ. (SBN 197419)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:    (415) 397-2800
Facsimile:     (415) 397-0937

Attorneys for Plaintiff
MICHELLE REESE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE REESE,<br><br>Plaintiff(s),<br><br>vs.<br><br>DORADO SOFTWARE, INC.; TIM SEBRING; AND DOES 1-100 INCLUSIVE,<br><br>Defendant(s). | Case No.:  2:05-CV-02055-MCE-JFM<br><br>**ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS**<br><br>Date Filed in State Court:           08/05/05<br>Date Removed from State Court: 10/11/05<br>Trial Date:                                  08/15/07 |

The Stipulation and Protective Order signed by the parties in regard to documents produced by Lucent Technologies and attached hereto as **Exhibit A** is GRANTED.

IT IS SO ORDERED.

DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com