WALLACE M. TICE, ESQ. (SBN 88177)
LARA S. HILLEY, ESQ. (SBN 197419)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:     (415) 397-2800
Facsimile:      (415) 397-0937

Attorneys for Plaintiff
MICHELLE REESE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE REESE,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>DORADO SOFTWARE, INC.; TIM SEBRING; AND DOES 1-100 INCLUSIVE,<br><br>　　　　Defendant(s). | Case No.: 2:05-CV-02055-MCE-JFM<br><br>**ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS**<br><br>Date Filed in State Court:       08/05/05<br>Date Removed from State Court: 10/11/05<br>Trial Date:                              08/15/07 |

　　　The Stipulation and Protective Order signed by the parties in regard to documents produced by Dell and attached hereto as **Exhibit A** is GRANTED.

　　　IT IS SO ORDERED.
DATED:  9/29/2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING
CONFIDENTIAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com