| | |
|---|---|
| 1 | WALLACE M. TICE, ESQ. (SBN 88177) |
| 2 | LARA S. HILLEY, ESQ. (SBN 197419) |
|   | LYNCH, GILARDI & GRUMMER |
| 3 | 475 Sansome Street, Suite 1800 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 397-2800 |
|   | Facsimile: (415) 397-0937 |

Attorneys for Plaintiff
MICHELLE REESE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MICHELLE REESE, | Case No.: 2:05-CV-02055-MCE-JFM |
|---|---|
| Plaintiff(s), | |
| vs. | **ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS** |
| DORADO SOFTWARE, INC.; TIM SEBRING; AND DOES 1-100 INCLUSIVE, | |
| Defendant(s). | Date Filed in State Court: 08/05/05 |
| | Date Removed from State Court: 10/11/05 |
| | Trial Date: 08/15/07 |

The Stipulation and Protective Order signed by the parties in regard to documents produced by Cisco Systems and attached hereto as **Exhibit A** is GRANTED.

IT IS SO ORDERED.

DATED: 9/29/2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING PARTIES' STIPULATION AND PROTECTIVE ORDER CONCERNING
CONFIDENTIAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

F:\PFC860\P\Drafted Protective Orders\Order.Cisco.doc

2

PDF created with pdfFactory trial version www.pdffactory.com