WALLACE M. TICE, ESQ. (SBN 88177)
LARA S. HILLEY, ESQ. (SBN 197419)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Plaintiff
MICHELLE REESE

CATHERINE L. MANSKE, ESQ. (SBN 183815)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Phone: (916) 565-2900
Fax: (916) 920-4402

Attorneys for Defendants
DORADO SOFTWARE, INC. and TIM SEBRING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE REESE,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>DORADO SOFTWARE, INC.; TIM SEBRING; AND DOES 1-100 INCLUSIVE,<br><br>　　　　Defendant(s). | Case No.: 2:05-cv-2055-MCE-JFM<br><br>**STIPULATION AND PROPOSED ORDER IN REGARD TO JOINT REQUEST FOR SPECIFIED DISCOVERY TO TAKE PLACE AFTER THE DISCOVERY CUT-OFF**<br><br>Case Filed: 10/11/05<br>(Case originally filed in State Court 8/5/05)<br>Trial Date: None Set |

Plaintiff MICHELLE REESE ("Plaintiff"), and Defendants DORADO SOFTWARE, INC., and TIM SEBRING ("Defendants") by and through their respective attorneys, hereby stipulate and agree that the current Pretrial Scheduling Order ordinary discovery deadline of November 15, 2006 shall be extended ninety (90) days for the following specified discovery:

1

**STIPULATION AND PROPOSED ORDER IN REGARD TO JOINT REQUEST FOR SPECIFIED DISCOVERY TO TAKE PLACE AFTER THE DISCOVERY CUT-OFF**

1. Defendants will be permitted to complete the deposition of Plaintiff, Michelle Reese, on or before February 15, 2007.

2. Plaintiff will be permitted to take the depositions of: defendant Tim Sebring, Laurie Baser (Dorado administration) and Leslie Tarnacki (Dorado Vice-President of Finance as person most knowledgeable on designated topics) on or before February 15, 2007.

DATED: November 9, 2005  LYNCH, GILARDI & GRUMMER

By  */S/*
Wallace M. Tice, Esq.
Lara S. Hilley, Esq.
Attorneys for Michelle Reese

DATED: November 9, 2005  GORDON & REES

By  */S/*
Catherine Manske
Attorneys for Defendants Dorado Software, Inc. and Tim Sebring

2
**STIPULATION AND PROPOSED ORDER IN REGARD TO JOINT REQUEST FOR SPECIFIED DISCOVERY TO TAKE PLACE AFTER THE DISCOVERY CUT-OFF**

# **ORDER**

Having considered the parties' Joint Request for Specified Discovery to occur after the current Pretrial Scheduling Order ordinary discovery cut-off in, and finding good cause therefore,

IT IS HEREBY ORDERED that the November 15, 2006, discovery cut-off shall be extended ninety (90) days for the following specified discovery:

1. Defendants will be permitted to complete the deposition of Plaintiff, Michelle Reese, on or before February 15, 2007.

2. Plaintiff will be permitted to take the depositions of: defendant Tim Sebring, Laurie Baser (Dorado administration) and Leslie Tarnacki (Dorado Vice-President of Finance as person most knowledgeable on designated topics) on or before February 15, 2007.

3. All other dates remain unchanged.

DATED: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND PROPOSED ORDER IN REGARD TO JOINT REQUEST FOR SPECIFIED DISCOVERY TO TAKE PLACE AFTER THE DISCOVERY CUT-OFF**